IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

| | | |
|---|---|---|
| Michael B. Vickers | ) | 21-11934-JCO-7 |
| xxx-xx-9555 | ) | Chapter 7 |
| Debtor | ) | |

## MOTION FOR RELIEF FROM STAY

1. The Movant, Santander Consumer USA, Inc. d/b/a Chrysler Capital ("Santander"), is a secured creditor in the above styled cause having a perfected security interest in the Debtor's automobile, to-wit:

   2019 Dodge Ram 1500 VIN: 1C6SRFBT8KN588008

2. The Debtor is delinquent in his payments to the Movant for the months of August, 2021 through December, 2022 in the amount of $14,722.83.

3. The Debtor has failed to reaffirm the debt to the Movant.

4. The Debtor has failed to redeem said vehicle.

5. The Debtor has failed to surrender said vehicle.

6. Santander avers that it is not adequately protected as to said vehicle.

WHEREFORE, the Movant requests that this Honorable Court issue an order granting its Motion For Relief From Stay.

/s/ Allan M. Trippe
ALLAN M. TRIPPE (ASB-7824-P79A)
Attorney for Santander Consumer USA, Inc.
d/b/a Chrysler Capital

OF COUNSEL:
TRIPPE & BROWN, LLP
P. O. Box 531103
Birmingham, Alabama 35253
(205) 879-9220
allantrippe@lawbham.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on Frances Hoit Hollinger and Terrie S. Owens by electronic transmission and on Michael B. Vickers by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this the 25th day of January, 2023.

Frances Hoit Hollinger (f_hollinger@hotmail.com)
Attorney for Debtor
P.O. Box 2028
Mobile, AL 36652-2028

Terrie S. Owens (towens@terrieowenslaw.com)
Chapter 7 Trustee
P.O. Box 2536
Daphne, AL 36526

Michael B. Vickers
517 Simms Dr.
Saraland, AL 36571

/s/ Allan M. Trippe
OF COUNSEL